IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00574-MSK-CBS

MADELINE R. LINDA SOESBE,
    Plaintiff,
v.

INDYMAC FEDERAL BANK, F.S.B.,
INDYMAC MORTGAGE SERVICES a/k/a ONEWEST BANK,
DOES 1 THROUGH 100 INCLUSIVE,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS ("MERS"), and
QUI CHI DOE CORPORATIONS/ENTITIES,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Ms. Soesbe's "Verified Motion for Default Judgment" (filed April 5, 2010) (doc. # 15). Pursuant to the Order of Reference dated March 17, 2010 (doc. # 5) and the memorandum dated April 6, 2010 (doc. # 16), this matter was referred to the Magistrate Judge. The court has reviewed Ms. Soesbe's Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

    None of the Defendants are in default. Defendants IndyMac Federal Bank, F.S.B., IndyMac Mortgage Services a/k/a OneWest Bank, and Mortgage Electronic Registration Systems were granted until April 19, 2010 to respond to the Complaint. (*See* Courtroom Minutes (doc. # 14)). No proof of service on Defendants Does 1 through 100 or Qui Chi Doe Corporations/Entities has been filed with the court. There

1

being no basis for granting default judgment against any of the Defendants,

IT IS ORDERED that Ms. Soesbe's "Verified Motion for Default Judgment" (filed April 5, 2010) (doc. # 15) is DENIED.

DATED at Denver, Colorado, this 8th day of April, 2010.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge