IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 10-cv-00574-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: April 27, 2010 | Courtroom Deputy: Linda Kahoe |

MADELINE R. LINDA SOESBE,            *Pro se*

     Plaintiff,

v.

INDYMAC FEDERAL BANK, FSB,

INDYMAC MORTGAGE SERVICES,            Eric J. Voogt
*also known as OneWest Bank,*
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS,

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:**     **RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**     **11:01 a.m.**
Court calls case. Appearance of counsel. Plaintiff is *Pro se.*

Mr. Voogt states he does not represent IndyMac Federal Bank, FSB, nor does he represent Does 1 through 100.

Ms. Soesbe states that IndyMac Federal Bank, FSB has been served. Mr. Voogt states that IndyMac Federal Bank, FSB believes it has not been served.

Discussion regarding Verified Application for Temporary Restraining Order and Verified Motion to Dismiss Verified Motion for Defendants Default, doc #[20], filed 4/14/2010; Verified Application for Temporary Restraining Order and Verified Motion to Dismiss Verified Motion for Defendants Default, doc #[27], filed 4/16/2010; and Verified Application for Temporary Restraining Order and Verified Motion to Dismiss Verified Motion for Defendants Default, doc #[29], filed 4/20/2010.

**ORDERED:**     Verified Application for Temporary Restraining Order and Verified Motion to Dismiss Verified Motion for Defendants Default, doc #[20], filed 4/14/2010 is **DENIED AS MOOT** in light of the filing of doc #[29] on April 20, 2010.

**ORDERED:**     Verified Application for Temporary Restraining Order and Verified Motion to Dismiss Verified Motion for Defendants Default, doc #[27], filed 4/16/2010 is **DENIED AS MOOT** in light of the filing of doc #[29] on April 20, 2010.

Plaintiff makes an oral motion to withdraw doc #[29].

**ORDERED:** Plaintiff's oral motion to withdraw doc #[29] is **GRANTED**. Verified Application for Temporary Restraining Order and Verified Motion to Dismiss Verified Motion for Defendants Default, doc #[29], filed 4/20/2010 is **WITHDRAWN**.

Discussion regarding removal of the case from state court, and Plaintiff's federal claims.

Discussion regarding Plaintiff's Notice, doc #[32], filed 4/26/2010.

Discussion regarding Judge Krieger's Order to Show Cause, doc #[14], and Plaintiff's response due date. The court suggests that Ms. Soesbe file a response to the Order to Show Cause.

The court suggests that Ms. Soesbe retain counsel.

The court states that Plaintiff may file a new Motion for Temporary Restraining Order.

Discussion regarding filing a Motion for Leave to Amended Complaint. Mr. Voogt states he will not object.

Discussion regarding a filing a Return of Service.

Discussion regarding entry of default.

The court refers to Rule 12, and the requirements of Rule 8.

**ORDERED:** A Scheduling Conference is set for **JUNE 7, 2010 at 11:00 a.m.** A new Proposed Scheduling Order is due on or before **JUNE 1, 2010.** The parties shall hold a Rule 26(f) conference between today and **JUNE 1, 2010.**

**ORDERED:** Defendant's obligation to respond to the current Complaint, doc #[2] is **STAYED** pending the filing of an Amended Complaint.

Discussion regarding settlement.

The court requests that Ms. Soesbe allow more travel time to be on time for scheduled hearings.


HEARING CONCLUDED.
**Court in recess:**     **12:10 p.m.**
Total time in court:     01:09

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.