IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-00574-MSK-CBS

MADELINE R. LINDA SOESBE,

    Plaintiff,

v.

INDYMAC FEDERAL BANK, FSB;
INDYMAC MORTGAGE SERVICES, a/k/a ONEWEST BANK;
DOES 1 THORUGH 100 INCLUSIVE;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and
QUI CHI DOE, Corporations/Entities,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Plaintiff's Verified Motion to Dismiss **(#36)** filed May 27, 2010. The Court having reviewed the foregoing:

**ORDERS** that the Motion is GRANTED. Any and all claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 28th day of May, 2010.

                      BY THE COURT:

                      Marcia S. Krieger
                      United States District Judge